**MARMOR INSURANCE AGENCY, Movant,**
**v. Ernie BATES, Opposed.**

Court of Appeals of Kentucky.
June 22, 1951.

Steinfeld & Steinfeld, Louisville, for movant.

Herman Frick and Louis H. Jull, Louisville, and J. T. Hatcher, Elizabethtown, for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.